AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

```
SOUTHERN DISTRICT OF MISSISSIPPI
         FILED
       SEP -5 2017
       ARTHUR JOHNSTON
BY_____ DEPUTY
```

| | |
|---|---|
| United States of America<br>v.<br>Francisco Espinosa-Suarez and<br>Juan Espinal-Tejada<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:17 mj 587 RHW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 2, 2017  in the county of  Harrison  in the Southern District of  MS, Southern Division , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit, Fentanyl a schedule ll narcotic drug controlled substance. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Gazzo, Task Force Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/05/2017

*Judge's signature*

City and state:  Gulfport, MS  Robert H. Walker, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Jason Gazzo, being first duly sworn, state as follows:

**Introduction**

Your Affiant, Jason Gazzo, is a Task Force Agent (TFA) with the United States Drug Enforcement Administration (DEA), United States Department of Justice (DOJ). TFA Gazzo has been a sworn law enforcement officer with the Mississippi Highway Safety Patrol since December 04, 2003. TFA Gazzo was deputized as a Task Force Agent in October of 2010. TFA Gazzo is authorized to perform duties as provided by law and department regulations and as such participates in investigations enforcing Title 21, United States Code, Section 878, to enforce Title 21 and other criminal laws of the United States. He has received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. He has participated in and has conducted investigations which have resulted in the arrest and conviction of individuals who have smuggled, received, and distributed controlled substances, as well as the seizure of illegal drugs and proceeds derived from the sale of those illegal drugs. In addition, he has conducted, in connection with these and other cases, follow-up investigations concerning the concealment of narcotics-produced assets, money, bank records, etc., and the identification of co-conspirators through the use of ledgers, telephone bills and records, and photographs, as related to drug trafficking. He has been involved in various types of electronic surveillance, in the execution of search and arrest warrants, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealing of proceeds from controlled substance trafficking.

**Probable Cause Factual Basis**

On or about August 27, 2017, Task Force Agent (TFA,) Jason Gazzo was contacted by a DEA Confidential Source (CS-1) in reference

to a shipment of Fentanyl destined for the Mississippi Gulf Coast. According to CS-1, this shipment was the product of a negotiation with a Mexico based narcotic broker. CS-1 stated the broker requested CS-1 to have his/her "people" meet the couriers and off-load the shipment which contained four (4) kilograms of Fentanyl, a Schedule II controlled substance. CS-1 was to have his/her people provide the couriers with a payment of two hundred, twenty-four thousand ($224,000.00) dollars, to which CS-1 agreed. The Mexican broker provided a telephone number as the number being utilized by the couriers.

At approximately 9:30 a.m. on Saturday September 2, 2017, agents with the Gulfport Resident Office (GRO) and another DEA Confidential Source (CS-2) met and briefed at a pre-determined location. Once fully briefed and prepared, DEA Agents contacted CS-1 and advised him/her to contact the couriers. The couriers advised CS-1 that they were located at the Super 8 Motel located at 1000 Highway 90, Bay St Louis, Mississippi.

At approximately 11:00 a.m., CS-2 under the surveillance of DEA Agents arrived at the Super 8 Motel 1000 Highway 90, Bay St Louis, Mississippi. CS-2 made a phone call to the courier's and then entered Room #219. CS-2 met with one of the couriers, later identified as Juan ESPINAL-TEJADA inside the motel room. Juan ESPINAL-TEJADA showed CS-2 the four (4) kilograms of Fentanyl. CS-2 advised Juan ESPINAL-TEJADA that the money for the Fentanyl was located in Gulfport, Mississippi and requested that Juan ESPINAL-TEJADA follow him to Gulfport to receive the payment.

Juan ESPINAL-TEJADA then called the other courier, later identified as Francisco ESPINOSA-SUAREZ and requested to be picked up from the motel in order to follow CS-2 to Gulfport, Mississippi. Francisco ESPINOSA-SUAREZ agreed and arrived driving a 2016 GMC Truck. Agents followed Francisco ESPINOSA-SUAREZ (driver), and Juan ESPINAL-TEJADA (passenger) to the Island View Casino located at 3300 West Beach Boulevard, Gulfport, MS 39501. Once at Island View Casino, a DEA and Gulfport Police Department takedown team arrested both subjects. DEA Agents recovered four (4) kilograms of Fentanyl on the passenger side floor board along with two loaded firearms.

During a post arrest Miranda statement, Francisco ESPINOSA-SUAREZ stated that on or about August 28, 2017, he was contacted

by a member of the Sinaloa Cartel advising that he needed to retrieve the four (4) kilograms of narcotics in Phoenix, AZ. Francisco ESPINOSA-SUAREZ directed Juan ESPINAL-TEJADA to depart Tennessee and travel to Phoenix, AZ and retrieve the narcotics, to which Juan ESPINAL-TEJADA complied. After retrieving the narcotics, Juan ESPINAL-TEJADA travelled back to Tennessee. Once in Tennessee, Francisco ESPINOSA-SUAREZ and Juan ESPINAL-TEJADA travelled to Columbus, Ohio to deliver the narcotics to a buyer. Once in Ohio, the buyer backed out of the narcotic transaction. On or about September 1, 2017, Francisco ESPINOSA-SUAREZ stated he was again contacted by a member of the Sinaloa Cartel and directed to travel to Gulfport, Mississippi where a possible buyer (CS-2) would be located. Francisco ESPINOSA-SUAREZ stated that he and Juan ESPINAL-TEJADA were put in contact with CS-2 who was to retrieve the narcotics. Francisco ESPINOSA-SUAREZ stated he was to be paid five thousand ($5000.00) dollars for this trip and has made three (3) total trips delivering narcotics. Francisco ESPINOSA-SUAREZ stated he delivered one to four (1-4) kilograms of narcotics for each trip.

During a post arrest Miranda statement with Juan ESPINAL-TEJADA, Juan ESPINAL-TEJADA corroborated the statements of Francisco ESPINOSA-SUAREZ and stated he was making two thousand ($2000.00) dollars per kilogram for this current trip. Juan ESPINAL-TEJADA admitted both firearms found in the vehicle were his.

## CONCLUSION

Based upon my experience as a DEA Task Force Agent and the facts listed above involving, it is my opinion that there is probable cause to believe that violations of Title 21, United States Code, Section 846, have been committed in the Southern District of Mississippi by Francisco ESPINOSA-SUAREZ, Juan ESPINAL-TEJADA and others who conspired to possess with the intent to distribute Fentanyl, a Schedule II narcotic controlled substance.

_____
Jason Gazzo
Task Force Agent
Drug Enforcement Administration

SWORN TO BEFORE ME ON THIS THE 5TH DAY OF SEPT., 2017

_____
U.S. MAGISTRATE JUDGE